# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY CASTILLO, on behalf of the State of California and Aggrieved Employees,<br><br>Plaintiff,<br><br>v.<br><br>NES GLOBAL, LLC,<br><br>Defendant. | Case No.: 2:23-cv-02628-WBS-JDP<br><br>*[Hon. William B. Shubb; Magistrate Judge Jeremy D. Peterson]*<br><br>**ORDER GRANTING STIPULATION TO REMAND THIS CASE TO THE SOLANO COUNTY SUPERIOR COURT**<br><br>Action Filed:  10/10/2023<br>Removal Filed: 11/13/2023 |

Having considered the Stipulation to Remand this Case to Solano County Superior Court submitted by the Parties (the "Stipulation"), and good cause appearing, the Court grants the Stipulation and ORDERS:

1. The above-captioned action is remanded to the Superior Court of the State of California for the County of Solano, as *Rudy Castillo, on Behalf of the State of California and Aggrieved Employees v. NES Global, LLC*, Case No. CU23-04554.

2. In light of the Stipulation, Plaintiff has withdrawn the request for an award of attorneys' fees and costs pursuant to 28 U.S.C. § 1447. As such, no award of attorneys' fees and costs will be entered with respect to the removal or this remand pursuant to 28 U.S.C. § 1447, without prejudice to Plaintiff's ability to seek recovery of such fees and costs for the work related to preparing and filing the motion to remand at a later time if warranted.

IT IS SO ORDERED.

Dated: December 4, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE